IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 14-287-SLR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| VOXX INTERNATIONAL CORPORATION, | ) |
| and SPECTRA MERCHANDISING | ) |
| INTERNATIONAL, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Sapphire Dolphin LLC ("Sapphire Dolphin") and Defendant VOXX International Corporation ("VOXX"), subject to the approval of the Court, that Sapphire Dolphin's complaint against VOXX shall be and is hereby dismissed without prejudice.

June 6, 2014

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ David E. Moore* |
| Richard D. Kirk (#0922) | David E. Moore (#3983) |
| Stephen B. Brauerman (#4952) | Bindu A. Palapura (#5370) |
| Vanessa R. Tiradentes (#5398) | Hercules Plaza, 6th Floor |
| Sara E. Bussiere (#5725) | 1313 N. Market Street |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19801 |
| P.O. Box 25130 | (302) 984-6000 |
| Wilmington, DE 19899 | dmoore@potteranderson.com |
| (302) 655-5000 | bpalapura@potteranderson.com |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | *Attorneys for Defendant* |
| vtiradentes@bayardlaw.com | *VOXX International Corporation* |
| sbussiere@bayardlaw.com | |

*Attorneys for Plaintiff Sapphire Dolphin LLC*

IT IS SO ORDERED, this _____ day of _____ 2014.

_____
U.S.D.J.