IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC, | |
| Plaintiff, | |
| v. | C.A. No. 14-287-SLR |
| SPECTRA MERCHANDISING INTERNATIONAL, INC., | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

## STIPULATED MOTION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), all claims asserted by Sapphire Dolphin LLC against Spectra Merchandising International, Inc. in the above captioned matter are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees incurred in this proceeding.

| | |
|---|---|
| BAYARD, P.A. | BARNES & THORNBURG LLP |
| /s/ Stephen B. Brauerman | /s/ Chad S.C. Stover |
| Richard D. Kirk (No. 922) | Chad S.C. Stover (No. 4919) |
| Stephen B. Brauerman (No. 4952) | 1000 North West Street, Suite 1500 |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: (302) 300-3434 |
| (302) 655-5000 | chad.stover@btlaw.com |
| sbrauerman@bayardlaw.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Spectra Merchandising International, Inc.* |

Dated: September 22, 2014

IT IS SO ORDERED this _____ day of September, 2014

_____
U.S.D.J.